UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAMIRO LOZANO,

        Petitioner,

vs.                              Case No. 2:03-cv-257-FtM-29SPC
                                    Case No. 2:97-cr-3-FTM-29SPC

UNITED STATES OF AMERICA,

        Respondent.
_____

**OPINION AND ORDER**

     This matter came before the Court for an evidentiary hearing on petitioner's Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Cv. Doc. #1, Cr. Doc. #74), filed on May 27, 2003. Petitioner was represented by counsel, and a Spanish interpreter was present and placed under oath for the convenience of petitioner.

     Petitioner stated a desire to withdraw his Petition, however, the Court indicated that the proper procedure would be dismissal with prejudice. Before granting the dismissal, the Court examined Petitioner at length regarding his understanding of the consequences of a dismissal, including all procedural consequences with regard to the ability to file successive petitions on the issues previously raised or issues not raised, and the right to appeal. Petitioner was examined regarding the voluntariness of his decision, whether the decision to withdraw the Petition was made

knowingly and freely, and whether he was satisfied with the representation by his counsel. Petitioner was further advised that the dismissal of the Petition would have no impact or relationship to the pending Motion by the United States for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) (Cr. Doc. #87).

The Court finds petitioner to be alert and intelligent; to understand the nature of the proceedings, the rights he is waiving, and the consequences of the dismissal; to have received the effective assistance of counsel during the habeas proceedings, and to have expressed satisfaction with that representation; and that decision to dismiss is made freely, knowingly, and voluntarily, and intelligently.

Accordingly, it is now

**ORDERED**:

Petitioner's Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. #1, 74) is **DISMISSED with prejudice**. The Clerk shall enter judgment in the civil case accordingly, and close the file. The Clerk shall file a certified copy of the judgment in the associated criminal case.

**DONE AND ORDERED** at Fort Myers, Florida, this __27th__ day of June, 2006.

*John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
Parties of Record